**JDR / SK**

FILED IN OPEN COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

OCT 27 2021

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.** 21-175-KD |
| | * | **MAG NO. 21-MJ-164-N** |
| **v.** | * | **USAO NO. 21R00478** |
| | * | |
| **TIMOTHY SHARON ANDREWS** | * | **VIOLATIONS: 18 USC § 1014** |
| | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At times material to this Indictment:

1.      Cross River Bank ("Cross River") was a financial institution within the meaning of Title 18, United States Code, Section 20. Cross River is headquartered in Fort Lee, New Jersey, and maintained branches in the states of New Jersey and New York.

2.      As part of the United States' response to the economic downturn caused by the COVID-19 pandemic, the U.S. Small Business Administration ("SBA") was authorized via the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") to make loans to afflicted businesses. The SBA administered several programs that were designed to assist businesses to weather the COVID-19 pandemic, including the Paycheck Protection Program ("PPP").

3.      Cross River is an authorized PPP lender that created and funded PPP loans for small businesses that were fully guaranteed and forgivable by the SBA under the provisions of the CARES Act.

1

## COUNT ONE
### False Statements to Small Business Administration
### Title 18, United States Code, Section 1014

4.     The allegations in paragraphs 1–3 of this Indictment are realleged for Count One as though fully set forth herein.

5.     On or about January 26, 2021, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TIMOTHY SHARON ANDREWS**,

knowingly made a false statement and report for the purpose of influencing the action of the SBA in connection with a provision of the Small Business Investment Act of 1958, upon an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, and loan, in that the defendant prepared a false PPP application and submitted it to the SBA and authorized PPP lender Cross River to obtain SBA funds. In the PPP application, the defendant made materially false statements, to-wit: under his name in PPP application 0064X00001tc2IvQAI, the defendant falsely claimed, among other representations, that he was an eligible sole proprietor of a trucking services company established in January 2019 through which he earned gross revenues of $120,100 and net profits of $102,829 in Tax Year 2019, and that the requested PPP loan in the amount of $16,144 was necessary to support the ongoing operation of the defendant's business. The statements were false, as the defendant then and there knew, because the defendant did not operate a trucking services company.

In violation of Title 18, United States Code, Section 1014.

2

## COUNT TWO
## False Statements to Small Business Administration
## Title 18, United States Code, Section 1014

6.     The allegations in paragraphs 1–3 of this Indictment are realleged for Count Two as though fully set forth herein.

7.     On or about February 8, 2021, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### TIMOTHY SHARON ANDREWS,

knowingly made a false statement and report for the purpose of influencing the action of the SBA in connection with a provision of the Small Business Investment Act of 1958, upon an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, and loan, in that the defendant prepared a false PPP application and submitted it to the SBA and authorized PPP lender Cross River to obtain SBA funds. In the PPP application, the defendant made materially false statements that resulted in his receipt of $20,833 in PPP proceeds, to-wit: under his name in PPP application 0064X00001td9xUQAQ, the defendant falsely claimed, among other representations, that he was an eligible sole proprietor of a janitorial services company established in December 2018 through which he earned gross revenues of $128,360 and net profits of $117,352 in Tax Year 2019, and that the requested and ultimately funded PPP loan x8502 in the amount of $20,833 was necessary to support the ongoing operation of the defendant's business. The statements were false, as the defendant then and there knew, because the defendant did not operate a janitorial services company.

In violation of Title 18, United States Code, Section 1014.

3

## FORFEITURE NOTICE

8.      The allegations in Paragraphs 1–7 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

9.      Upon conviction of the offenses set forth in Counts One and Two of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations.

10.      If any of the property described above, because of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

4

A TRUE BILL


_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA


SEAN P. COSTELLO
UNITED STATES ATTORNEY

_____
JUSTIN D. ROLLER
Assistant United States Attorney


_____
SINAN KALAYOGLU
Assistant United States Attorney


_____
SEAN P. COSTELLO
Chief, Criminal Division                    OCTOBER 2021